RUTH LEVY, an Infant over the Age of 14 Years, by HERMAN LEVY, Her Guardian ad Litem, and HERMAN LEVY, Appellants, v. REBECCA SHAPIRO, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of GEORGE D. CALLAHAN and Others, Petitioners, Appellants, for an Order against JOSEPH D. McGOLDRICK, Comptroller of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ. [171 Misc. 573.]

SELMA SCHOLEM HELLMAN, Appellant, v. ABRAHAM HELLMAN, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted to the extent of allowing temporary alimony in the sum of twenty dollars a week for the support and maintenance of plaintiff and minor child and $150 counsel fee, one-half to be paid on the service of order to be entered herein, and the balance on the date the case appears on the day calendar for trial. The case should be placed on the trial calendar for the next available term. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. Claim of MANUFACTURERS TRUST COMPANY. Claim No. Mortgage #451 #14. MANUFACTURERS TRUST COMPANY, Claimant, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the National Surety Company, Liquidator, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of EMMA E. JONES, Appellant, for an Order against PAUL J. KERN, President, and Others, Members of and Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of THE INVESTIGATION BY THE SPECIAL COMMITTEE Designated by the City Council of the City of New York, Petitioner, Respondent, to Inquire into the Charges by the Lincoln Hospital Alumni Association in Regard to the Management of LINCOLN HOSPITAL, BRONX, NEW YORK. SIGISMUND S. GOLDWATER, Commissioner of Hospitals of the City of New York, and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ. [174 Misc. 389.]

In the Matter of the Application of JOSEPH ULANO, Petitioner, Respondent, for an Order Directing Arbitration of a Dispute between Petitioner and HAROLD B. AVERICK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

DOROTHY KRETS LEHMANN, Respondent, v. FRANZ B. LEHMANN, Appellant.— Order unanimously reversed and motion granted without prejudice to motion to vacate stay if the letters rogatory are not returned by November 1st, 1940. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.